The People of the State of New York, Respondent,
against
Kyle Greninger, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Kevin B. McGrath, J.), rendered January 3, 2016, convicting him, upon a plea of guilty, of resisting arrest, and imposing sentence.




Per Curiam.
Judgment of conviction (Kevin B. McGrath, J.) rendered, January 3, 2016, held in abeyance, the motion by assigned counsel to be relieved denied without prejudice to renewal, and counsel directed to confirm that defendant was furnished with a copy of appellate counsel's brief in accordance with People v Saunders, 52 AD2d 833, 833-834 (1976), and advise defendant that he has 60 days from the date of this order to file a pro se supplemental brief if he so chooses. 
In partial compliance with Saunders, counsel has submitted a brief advising this Court that there are no nonfrivolous issues to be raised. However, we hold the matter in abeyance pending proof that defendant was sent a copy of counsel's brief (see People v Cruz, 122 AD3d 487 [2014]) and that he has been informed that he has a right to file a pro se brief if he so chooses (see People v Henriquez, 131 AD3d 902 [2015]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 08, 2018